AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*       DISTRICT OF   NEVADA

JOHN FLOWERS ,

    Plaintiff,        JUDGMENT IN A CIVIL CASE
V.

    CASE NUMBER: **3:14-cv-00366-RCJ-WGC**

ISIDRO BACA , et al.,

    Defendants.

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that that the Complaint is **DISMISSED**, and this case is closed.

  September 29, 2014                          **LANCE S. WILSON**
                                                    Clerk

                                                  /s/ D. R. Morgan
                                                  Deputy Clerk