# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| JOHN FLOWERS, | ) | |
|     Plaintiff, | ) | |
| v. | ) | 3:14-cv-366-RCJ-WGC |
| ISIDRO BACA et al., | ) | **ORDER** |
|     Defendants. | ) | |

## I. DISCUSSION

On September 29, 2014, this Court issued a screening order granting Plaintiff's application to proceed *in forma pauperis* but dismissed Plaintiff's complaint in its entirety. (ECF No. 5 at 8). This Court did not indicate whether an appeal would be taken "in good faith" pursuant to 28 U.S.C. § 1915(a)(3). On October 8, 2014, Plaintiff filed a notice of appeal. (ECF No. 12). That same day, the Ninth Circuit Court of Appeals issued an order directing this Court to indicate whether Plaintiff's *in forma pauperis* status should continue for the appeal. (ECF No. 13).

The Court now finds the appeal would be taken "in good faith" pursuant to 28 U.S.C. § 1915(a)(3).

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that the appeal would be taken "in good faith" pursuant to 28 U.S.C. § 1915(a)(3).

Dated: This 21st day of October, 2014.

_____
United States District Judge