UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| John Flowers,<br><br>                      Plaintiff,<br>     v.<br>Isidro Baca, et al.,<br><br>                      Defendant. | 3:14-cv-00366-RCJ-WGC<br><br>**ORDER** |

The Plaintiff moves this Court to allow him sixty days to file an amended complaint with the aid of newly acquired counsel. Since the case has not progressed past screening, the Defendants have not yet been served for this case. Hence, the Plaintiff filed the motion ex parte. Instant counsel was appointed after the Court's deadline to amend the complaint, which expired more than nine months ago; however, the Court finds good cause for the amendment.

The Plaintiff initiated the litigation pro se. The Court dismissed the complaint with prejudice, but the Ninth Circuit vacated and remanded to allow for amendment. Last year, the circuit appointed prior counsel for the Plaintiff. But that counsel withdrew from the case without amending the pleading. Substitute counsel was just recently appointed to this matter and filed the instant motion. Accordingly, the Court finds that the Plaintiff is entitled to file an amended complaint and has sixty days from the filing of this order to do so.

**CONCLUSION**

IT IS HEREBY ORDERED that the Plaintiff's Ex Parte Motion for Deadline to File Amended Complaint (ECF No. 40) is GRANTED.

IT IS FURTHER ORDERED that the hearing set for 9/17/2019 (ECF No. 41) is VACATED.

IT IS SO ORDERED.

Dated this 27th day of August 2019.

_____
ROBERT C. JONES
United States District Judge