## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| JOHN FLOWERS aka<br>CRAIG JACOBSEN, JR.,<br><br>　　　　　　　Plaintiff,<br>　vs.<br><br>ISIDRO BACA, et al.,<br><br>　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 3:14-cv-00366-RCJ-WGC<br><br>**MINUTES OF THE COURT**<br><br>May 13, 2020 |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KAREN WALKER     REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

　　Before the court is Plaintiff's Unopposed Motion for Extension of Time to File Second Amended Civil Rights Complaint (ECF No. 50).

　　Good cause appearing, Plaintiff's Unopposed Motion for Extension of Time to File Second Amended Civil Rights Complaint (ECF No. 50) is **GRANTED.** Plaintiff shall have to and including **Monday, June 15, 2020**, in which to file a Second Amended Complaint.

　　**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　DEBRA K. KEMPI, CLERK

　　　　　　　　　　　　　　　　By:  　　/s/　　　　　　　　　
　　　　　　　　　　　　　　　　　　　Deputy Clerk