UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOHN FLOWERS a/k/a CRAIG JACOBSEN, JR.,<br><br>   Plaintiff,<br><br>   v.<br><br>ISIDRO BACA, in his individual and official capacities, *et al.,*<br><br>   Defendants. | Case No. 3:14-CV-00366-RCJ-WGC<br><br>**ORDER** |

This prisoner civil rights case under 42 U.S.C. § 1983 is before the Court on the Motion to Withdraw as Counsel of Record (ECF No. 53).  Good cause exists, the motion to withdraw will be granted.

IT IS ORDERED that the Motion to Withdraw as Counsel of Record (ECF No. 53) is GRANTED.

IT IS FURTHER ORDERED that the Clerk of the Court will forward a copy of this order to the CJA Coordinator to secure a replacement panel attorney to represent Plaintiff.

IT IS FURTHER ORDERED when replacement counsel is secured, the CJA Coordinator shall submit a formal appointment order to the Court.

IT IS FURTHER ORDERED that the Plaintiff may file a second amended civil rights complaint within sixty (60) days after entry of the order for appointment of replacement counsel.

///

///

1   IT IS FURTHER ORDERED that the Clerk of the Court shall mail a copy of this Order to Plaintiff as follows:  John Flowers T195711 a/k/a Craig Jacobsen, Jr., 4th Ave Jail, 201 S. 4th Avenue, Phoenix, AZ 85003.

IT IS SO ORDERED, this 4th day of February, 2021.

_____
ROBERT C. JONES, District Judge