# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN FLOWERS aka CRAIG JACOBSEN, JR., <br><br> Plaintiff, <br> v. <br> ISIDRO BACA, et al., <br><br> Defendants. | 3:14-cv-00366-RFB-CSD <br><br> **ORDER** <br><br> Re: ECF No. 62 |

Before the court is Plaintiff's Motion to Extend the Deadline to File a Second Amended Complaint (ECF No. 62).

Good cause appearing, Plaintiff's Motion to Extend the Deadline to File a Second Amended Complaint (ECF No. 62) is **GRANTED**. Plaintiff shall have to and including **December 19, 2022**, in which to file a Second Amended Complaint.

**IT IS SO ORDERED.**

DATED: September 21, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

1