UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN FLOWERS aka CRAIG JACOBSEN, JR., <br><br> Plaintiff, <br><br> v. <br><br> ISIDRO BACA, et al., <br><br> Defendants. | 3:14-cv-00366-RFB-CSD <br><br> **ORDER** <br><br> Re: ECF No. 65 |

Before the court is Plaintiff's Motion to Order Prison to Allow Plaintiff to Telephone Court Appointed Attorneys and Free Postage (ECF No. 65).

Pursuant to LR IA 11-6(a), unless the court orders otherwise, a party may not personally file any documents with the court when the party has counsel who has appeared in the case. All filings must thereafter be made only by the party's counsel.

**IT IS HEREBY ORDERED** that **on or before Monday, November 21, 2022**, Plaintiff's counsel shall file a response addressing Plaintiff's concerns outlined in his motion.

DATED: November 9, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

1