# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN FLOWERS aka CRAIG JACOBSEN, JR., <br><br> Plaintiff, <br><br> v. <br><br> DR. VERNE E. LEWIS, *et al.*, <br><br> Defendants. | Case No. 3:14-cv-00366-RFB-CSD <br><br> **ORDER RE: SERVICE OF PROCESS** |

The Office of the Attorney General did not accept service of process on behalf of Defendants **Bruce Spero and Terri Jacobs**, who are no longer employees of the Nevada Department of Corrections. (ECF No. 80.) However, the Attorney General has filed the last known addresses of these Defendants under seal. (ECF No. 81.)

The Clerk shall ISSUE summonses for **Bruce Spero and Terri Jacobs** and send the same to the U.S. Marshal with the addresses provided under seal. (ECF No. 81.) The Clerk shall also SEND sufficient copies of the Second Amended Complaint (ECF No. 71) and this order to the U.S. Marshal for service on Defendants Spero and Jacobs. The court will separately provide to the U.S. Marshal completed USM 285 forms for the Defendants.

Plaintiff is reminded that **August 24, 2023**, is the deadline to complete service of process pursuant to Fed. R. Civ. P. 4(m).

**IT IS SO ORDERED.**

DATED: June 23, 2023.

_____
UNITED STATES MAGISTRATE JUDGE