AARON D. FORD
  Attorney General
JANET L. MERRILL (Bar No. 10736)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-3370 (phone)
(702) 486-3773 (fax)
Email: jmerrill@ag.nv.gov

*Attorneys for Defendant,*
*Isidro Baca, Bruce Bannister, Ronald Centric,*
*Greg Cox, John Keast, Bruce Spero*
*and Lisa Walsh*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN FLOWERS aka CRAIG JACOBSEN, JR, <br><br> Plaintiff, <br><br> vs. <br><br> ISIDRO BACA, et al., <br><br> Defendants. | Case No.  3:14-cv-00366-RFB-CSD <br><br> **JOINT STATUS REPORT REGARDING SETTLEMENT** |

A Joint Status Report regarding Settlement is hereby filed by and between Plaintiff John Flowers aka Craig Jacobsen, Jr. by and through his counsel, Jackson Lewis P.C., and Defendants, Isidro Baca, Bruce Bannister, Ronald Centric, Greg Cox, John Keast, Bruce Spero and Lisa Walsh, by and through counsel, Janet L. Merrill, Deputy Attorney General.

On October 31, 2023, that the Parties filed a Joint Notice of Settlement advising this Court that they had settled the matter and anticipated filing a Stipulation and Order to Dismiss by January 3, 2023.  ECF No. 93.

On that same day, this Court issued a minute Order vacating the Settlement Conference scheduled for November 6, 2023, and directing counsel to submit a

1

stipulation and order of dismissal with prejudice no later than January 3, 2024. ECF No. 94.

Due to a variety of unforeseen circumstances (particularly check writing and communication protocol required by the Arizona prison housing Plaintiff), the Parties respectfully ask this Court to extend the January 3, 2024, deadline to April 2, 2024, thereby providing an additional ninety (90) days for the Parties to submit a stipulation and order of dismissal with prejudice. The Parties will undertake reasonable efforts to submit the stipulation prior to the new deadline.

DATED this 28th day of December 2023.

JACKSON LEWIS P.C.

By: *Katlyn M. Brady*
Katlyn M. Brady, Esq.
Nevada Bar No. 14173
Jackson Lewis P.C.
300 South Fourth Street
Suite 900
Las Vegas, NV 89101

*Attorneys for Plaintiff*

DATED this 28th day of December 2023.

OFFICE OF ATTORNEY GENERAL

By: *Janet L. Merrill*
Janet L. Merrill, Esq.
Nevada Attorney General's Office
Nevada Bar No. 10736
555 E. Washington Avenue
Suite 3900
Las Vegas, NV 89101

*Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** December 28, 2023