AARON D. FORD
  Attorney General
JANET L. MERRILL (Bar No. 10736)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-3370 (phone)
(702) 486-3773 (fax)
Email: jmerrill@ag.nv.gov

*Attorneys for Defendant,*
*Isidro Baca, Bruce Bannister, Ronald Centric,*
*Greg Cox, John Keast, Bruce Spero*
*and Lisa Walsh*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN FLOWERS aka CRAIG JACOBSEN, JR, <br><br>Plaintiff, <br><br> vs. <br><br> ISIDRO BACA, et al., <br><br> Defendants. | Case No. 3:14-cv-00366-RFB-CSD <br><br> **STIPULATION AND PROPOSED ORDER TO DISMISS THIS CASE WITH PREJUDICE** |

    Plaintiff John Flowers aka Craig Jacobsen, Jr. by and through his counsel, Jackson Lewis P.C., Katlyn M. Brady, and Defendants, Isidro Baca, Bruce Bannister, Ronald Centric, Greg Cox, John Keast, Bruce Spero and Lisa Walsh, by and through counsel, Janet L. Merrill, Deputy Attorney General, hereby stipulate and agree that this matter

////
///
////
///
////
///
///

1

should be dismissed with prejudice by Order of this Court, with each party to bear their own attorney's fees and costs.

DATED this 1st day of April 2024.     DATED this 1st day of April 2024

JACKSON LEWIS P.C.                    OFFICE OF ATTORNEY GENERAL


By: *Katlyn M. Brady*                 By: *Janet L. Merrill*
    Katlyn M. Brady, Esq.                 Janet L. Merrill, Esq.
    Nevada Bar No. 14173                  Nevada Attorney General's Office
    Jackson Lewis P.C.                    Nevada Bar No. 10736
    300 South Fourth Street               555 E. Washington Avenue
    Suite 900                             Suite 3900
    Las Vegas, NV 89101                   Las Vegas, NV 89101

*Attorneys for Plaintiff*             *Attorneys for Defendants*


**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

DATED: April 2, 2024

2

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on April 1, 2024, I electronically filed the foregoing, **STIPULATION AND PROPOSED ORDER TO DISMISS THIS CASE WITH PREJUDICE**, via this Court's electronic filing system. Parties that are registered with this Court's electronic filing system will be served electronically. For those parties not registered, service was made by depositing a copy for mailing in the United States Mail, first-class postage prepaid, at Carson City, Nevada, addressed to the following:

Joshua A. Sliker, Esq.
Kaitlyn M. Brady, Esq.
Jackson Lewis
300 South Fourth Street, Suite 900
Las Vegas, NV 89101

_____
An employee of the
Office of the Attorney General